1  LITTLER MENDELSON, P.C.
   ROBERT W. CONTI, Bar No. 137307
2  18565 Jamboree Road
   Suite 800
3  Irvine, CA  92612
   Telephone:  949.705.3000
4  Facsimile:  949.724.1201

5  Attorneys for Defendants
   RECOLOGY INC.; RECOLOGY PROPERTIES,
6  INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  | Tammi Colleen Camacho, | Case No.  2:20-cv-02092-JAM-DB |
12  | Plaintiff, | **ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |
13  | v. | |
14  | Recology Inc. and Recology Properties, Inc., | |
15  | | |
16  | Defendants. | |

(No.  2:20-cv-02092-JAM-DB)

1  The Court, having reviewed and considered Plaintiff Tammi Colleen Camacho, and Defendants, Recology Inc. and Recology Properties, Inc., by and through their attorneys of record, request that the Court vacate the Clerk's Entry of Judgment (Docket No. 7) rules as follows:

IT IS HEREBY ORDERED that the Clerk's Entry of Default against Defendants Recology Inc. and Recology Properties, Inc. is hereby vacated. Defendants Recology Inc. and Recology Properties, Inc. will have ten (10) days after the date of this order to file its responsive pleading to the complaint.

Dated: December 18, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

(No. 2:20-cv-02092-JAM-DB)   2.